

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-17-00381-CV

**IN THE INTEREST OF M.A.N.Z., CHILD**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00652
Honorable Richard Garcia, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to August 22, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2017.



_____
Luz Estrada
Chief Deputy Clerk